AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-19098-GC-TJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KJM Financial, LLC was received by me on *(date)* Jan 14, 2026, 2:18 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nikki (last name refused) , who is designated by law to accept service of process on behalf of *(name of organization)* KJM Financial, LLC on *(date)* Tue, Jan 20 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/21/2026

Signed by: *[signature]* 8AAC4F26EDF3492...

*Server's signature*

Fabrizio Mendoza, Process Server

*Printed name and title*

Central Jersey Process Service, 65 Morrell Street, Suite 103, New Brunswick, NJ 08901-1485

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 20, 2026, 2:48 pm EST at New Jersey Department of the Treasury, Division of Revenue and Enterprise Services: 33 W State St 5th Floor, Trenton, NJ 08608 received by Nikki (last name refused). Age: 55; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'9"; Eyes: Black; Relationship: Administrator; Other: Hair: dyed orange; Black rimmed glasses;
I delivered the documents to Nikki (last name refused), with identity confirmed by subject stating her name. Nikki confirmed that she is authorized to accept legal documents on behalf of the New Jersey Department of the Treasury, Division of Revenue and Enterprise Services, agent for service for KJM Financial, LLC, in her official capacity as an Administrator. Nikki accepted the documents with direct delivery.

Documents Served: SUMMONS IN A CIVIL CASE; COMPLAINT; BUSINESS STATUS REPORT FOR KJM FINANCIAL, LLC; AFFIDAVIT OF NON-SERVICE FOR REGISTERED BUSINESS ADDRESS; CHECK PAYABLE TO "TREASURER, STATE OF NEW JERSEY" IN THE AMOUNT OF $75.00