# AFFIDAVIT OF SERVICE

| Case: 3:25-CV-19098-GC-TJB | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | County: | Job: 14977070 |
|---|---|---|---|
| Plaintiff / Petitioner: MICHELE L. GORMAN, ET AL. | | Defendant / Respondent: KIM FINANCIAL LLC, ET AL.. | |
| Received by: Central Jersey Process Service | | For: Marzec Law Firm, P.C. | |
| To be served upon: Paul S. Beers | | | |

I, Maximillian Hayden, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

**Recipient Name / Address:** Paul S. Beers, Home: 40 Glen Eagles Road, Washington, NJ 07882
**Manner of Service:** Service by Certified and Ordinary Mail, January 29th, 2026, 4:37 pm EST
**Documents:** SUMMONS IN A CIVIL CASE; COMPLAINT (Received Jan 14, 2026 at 2:18pm EST)

**Additional Comments:**
On January 29th, 2026, at 4:37 PM affiant then deposited in the United States mail, in Middlesex County, NJ, simultaneously by certified and ordinary mail, two envelopes, each containing the SUMMONS IN A CIVIL CASE; COMPLAINT. See Exhibit A for an affidavit detailing "reasonable and good faith attempt[s]" to personally serve the defendant.

This was mailed with proper postage to:

Paul S. Beers
40 Glen Eagles Road
Washington, NJ 07882

Certified mail tracking number: 70223330000103379799
Return receipt tracking number: 9590940292174295207631

I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Alexander Varughese performed a notarial act and before whom I appeared by means of communication technology on this 29th day of January, 2026.

—DocuSigned by:
*Maximillian Hayden IV*
AE880233B17F402...
01/29/2026

Maximillian Hayden       Date

Central Jersey Process Service
65 Morrell Street, Suite 103
New Brunswick, NJ 08901-1485
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

*Subscribed and sworn to before me this 29th day of January, 2026, by Eric Gordon, who is personally known to me. Witness my hand and official seal. I, Alexander Varughese, witnessed, by means of communication technology, Eric Gordon sign the attached record and declaration on this 29th day of January, 2026.*

—Signed by:
*Alexander Varughese*
DE278044B42847C...

**Alexander Varughese, Notary Public**
**State of New Jersey**
**County of Mercer**

01/29/2026       08/08/2028
Date             Commission Expires

ALEXANDER VARUGHESE
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 0050212865
MY COMMISSION EXPIRES 08/08/2028

# Exhibit A

# AFFIDAVIT OF NON-SERVICE

| Case:<br>3:25-CV-19098-GC-TJB | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | County: | Job:<br>14977070 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MICHELE L. GORMAN, ET AL. | | Defendant / Respondent:<br>KIM FINANCIAL LIC, ET AL.. | |
| Received by:<br>Central Jersey Process Service | | For:<br>Marzec Law Firm, P.C. | |
| To be served upon:<br>Paul S. Beers | | | |

I, Eric Gordon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was attempted, I was authorized by law to attempt service of the documents.

**Recipient Name / Address:** Paul S. Beers, Home: 40 Glen Eagles Road, Washington, NJ 07882
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS IN A CIVIL CASE; COMPLAINT (Received Jan 14, 2026 at 2:18pm EST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 15, 2026, 2:19 pm EST at Home: 40 Glen Eagles Road, Washington, NJ 07882
No answer at door. I did not observe any vehicles in the driveway. I spoke with a neighbor at 38 Glen Eagles Rd, who stated that they are unfamiliar with the residents of 40 Glen Eagles Rd.

2) Unsuccessful Attempt: Jan 16, 2026, 7:31 am EST at Home: 40 Glen Eagles Road, Washington, NJ 07882
No answer at door. I did not observe any vehicles in the driveway.

3) Unsuccessful Attempt: Jan 19, 2026, 6:53 pm EST at Home: 40 Glen Eagles Road, Washington, NJ 07882
No answer at door. I observed lights on inside and a driveway cleared of snow. I did not observe any vehicles in the driveway.

I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Alexander Varughese performed a notarial act and before whom I appeared by means of communication technology on this 29th day of January, 2026.

DocuSigned by:
*Eric GORDON*
106027A74A5040C..
**Eric Gordon**

01/29/2026
**Date**

Central Jersey Process Service
65 Morrell Street, Suite 103
New Brunswick, NJ 08901-1485
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

*Subscribed and sworn to before me this 29th day of January, 2026, by Eric Gordon, who is personally known to me. Witness my hand and official seal. I, Alexander Varughese, witnessed, by means of communication technology, Eric Gordon sign the attached record and declaration on this 29th day of January, 2026.*

Signed by:
*Alexander Varughese*
DE278044B42847C...

**Alexander Varughese, Notary Public**
**State of New Jersey**
**County of Mercer**

01/29/2026          08/08/2028
**Date**              **Commission Expires**

ALEXANDER VARUGHESE
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 0050212865
MY COMMISSION EXPIRES 08/08/2028